UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| No. | 2:20-cv-01325-ODW (JPRx) | Date | August 4, 2020 |
|-----|--------------------------|------|----------------|
| Title | *James Lee v. Caribbean Sea Petroleum Inc et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|------------------------|--------------------------------------------------|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| Not present | Not present |

**Proceedings:**          **In Chambers**

On July 23, 2020, the Court ordered Plaintiff to show cause, in writing only, no later than July 28, 2020, why the Court should not dismiss this action based on Plaintiff's failure to serve the Complaint within the Rule 4(m) period. (ECF No. 10.) The Court's July 23, 2020 Order explained that the Court would discharge that Order upon the filing of a timely proof of service or a demonstration of good cause why timely service has not been made, supported by declaration under penalty of perjury. (ECF No. 10.) The Court's July 23, 2020 Order further explained that failure to timely respond to that Order may result in the dismissal of the action without further warning. (ECF No. 10.)

On July 28, 2020, Plaintiff filed a proof of service indicating that Defendant Caribbean Sea Petroleum Inc was served on July 28, 2020. (ECF No. 11.) Plaintiff's Complaint was filed on February 10, 2020. (ECF No. 1.) Plaintiff has failed to file a timely proof of service that Defendant was served within the 90-day window following filing of the Complaint afforded under Rule 4(m). Plaintiff offered no explanation for why service was not timely.

On July 29, 2020, the Court ordered Plaintiff to show cause, in writing only, no later than August 3, 2020, why the court should not dismiss this action based on Plaintiff's failure to serve the Complaint within the Rule 4(m) period and based on Plaintiff's failure to comply with the Court's July 23, 2020 Order. (ECF No. 12.) The Court's July 29, 2020 Order explained that the Court would discharge that Order as well as the Court's July 23, 2020 Order (ECF No. 10), *only* upon demonstration of good cause why timely service has not been made, supported by declaration under penalty of perjury. (ECF No. 12.) The Court's July 29, 2020 Order further

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:20-cv-01325-ODW (JPRx) | Date | August 4, 2020 |
| --- | --- | --- | --- |
| Title | *James Lee v. Caribbean Sea Petroleum Inc et al.* | | |

explained that failure to timely respond to that Order would result in the dismissal of the action without further warning.  (ECF No. 12.)  To date, the Court has received no response to the Court's July 29, 2020 Order to Show Cause.

Consequently, the Court **DISMISSES** Plaintiff's Complaint **without prejudice** for failure to serve Defendants within 90 days after the Complaint was filed and for failing to show good cause for the failure.  *See* Fed. R. Civ. P. 4(m).  The Clerk of the Court shall close the case.

_____ :  00

Initials of Preparer    SE